**CHIEF JUSTICE**
  ROGELIO VALDEZ

**JUSTICES**
  NELDA V. RODRIGUEZ
  DORI CONTRERAS GARZA
  GINA M. BENAVIDES
  GREGORY T. PERKES
  NORA L. LONGORIA

**CLERK**
  CECILE FOY GSANGER



# Court of Appeals

## Thirteenth District of Texas

NUECES COUNTY COURTHOUSE
901 LEOPARD, 10TH FLOOR
CORPUS CHRISTI, TEXAS 78401
361-888-0416 (TEL)
361-888-0794 (FAX)

HIDALGO COUNTY
ADMINISTRATION BLDG.
100 E. CANO, 5TH FLOOR
EDINBURG, TEXAS 78539
956-318-2405 (TEL)
956-318-2403 (FAX)

*www.txcourts.gov/13thcoa*

July 8, 2015

Hon. Johnathan Stone
Office of the Attorney General
P.O. Box 12548
Austin, TX 78711
* DELIVERED VIA E-MAIL *

Mr. Luis Mendoza
TDC# 783576
Darrington Unit
59 Darrington Rd.
Rosharon, TX 77583

Re:       Cause No. 13-14-00705-CV
Tr.Ct.No.  B-11-1548-CV-A
Style:    Luis Mendoza, TDCJ# 783576 v. Brad Livingston, et al.

  Appellant's motion to appoint attorney in the above cause was this day DENIED by this Court. NO EXCEPTIONAL CIRCUMSTANCES WARRANT ABATEMENT FOR APPOINTMENT OF COUNSEL DETERMINATION.

Very truly yours,

Cecile Foy Gsanger, Clerk

CFG:ch